No. 72–732. LANCASTER v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 72–735. FILTROL CORP. ET AL. v. KELLEHER, U. S. DISTRICT JUDGE. C. A. 9th Cir. Certiorari denied.

No. 72–762. REYES v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 72–5126. HYDE v. NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 72–5226. BASKERVILLE v. HENDERSON, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 72–5257. SHANK v. PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 72–5303. BIRNBAUM v. NEW JERSEY. Middlesex County Ct. N. J. Certiorari denied.

No. 72–5310. MATTHEWS v. SMITH ET AL. C. A. 5th Cir. Certiorari denied.

No. 72–5320. GARDNER v. McCARTHY, MEN'S COLONY SUPERINTENDENT. Sup. Ct. Cal. Certiorari denied.

No. 72–5349. VALDIVIA v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 72–5359. PARKER v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 72–5390. HERRERA v. NEW MEXICO. Ct. App. N. M. Certiorari denied.